[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 30, 2005
THOMAS K. KAHN
CLERK

No. 05-11334

D. C. Docket No. 04-20257-CV-UUB

WILLIAMS ISLAND SYNAGOGUE, INC.,
a Florida not-for-profit corporation,

                                          Plaintiff-Appellant,

versus

CITY OF AVENTURA, FLORIDA,
a Florida municipal corporation,

                                          Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Florida

**(September 30, 2005)**

Before TJOFLAT and BARKETT, Circuit Judges and MILLS*, District Judge.

_____

*Honorable Richard Mills, United States District Judge for the Central District of Illinois, sitting
by designation.

PER CURIAM:

**AFFIRMED.  <u>See</u> 11th Cir. R. 36-1.**[1]

---

[1] 11th Cir. R. 36-1 provides:
    When the court determines that any of the following circumstances exist:
        (a)  judgment of the district court is based on findings of fact that are not clearly erroneous;
        (b)  the evidence in support of a jury verdict is sufficient;
        (c)  the order of an administrative agency is supported by substantial evidence on the record as a whole;
        (d)  summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
        (e)  judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.